IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                    Date: April 10, 2008
Paul Zuckerman, Court Reporter

Criminal Action No. 08–cr–00077–EWN

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Judith Smith

     Plaintiff,

v.

1.  BRUCE WAYNE JONES,                        Michael Dowling

     Defendant.

---

## COURTROOM MINUTES

---

**Hearing on Motion to Withdraw**

**2:16 p.m.**        Court in session.

Discussion regarding Defendant's motion to withdraw counsel, #22, and subsequent letter filed by
Defendant, #27.  Defendant states that he is now satisfied with Mr. Dowling's performance and
that he would like for Mr. Dowling to continue to represent him.

Discussion regarding status of disposition in this case.  Ms. Smith states that she and former
counsel, Janine Yunker, had discussed disposition and had obtained a change of plea date in June.

Court directs counsel to chambers for an earlier change of plea date.

**2:20 p.m.**        Court in recess.

Hearing concluded.
Total time: 00:04