**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00077-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRUCE WAYNE JONES,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On August 8, 2015, the defendant, Bruce Wayne Jones, submitted a letter, which the Court construes as a *pro se* motion for early termination of supervised release in this case. On August 18, 2015, the probation officer responded to the Court noting that the defendant was a good candidate for early termination of supervision. Upon the Court's review of the defendant's overall compliance on supervised release, the Court finds that early termination is warranted. Therefore, it is

       ORDERED that the defendant, Bruce Wayne Jones is discharged from supervised release and that the proceedings in the case are terminated.

       DATED at Denver, Colorado, this 19th day of August, 2015.

       BY THE COURT:

       *s/ John L. Kane*
       SENIOR UNITED STATES DISTRICT JUDGE